AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of South Carolina

| | | |
|---|---|---|
| Brandon Manigo, | | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:15-cv-01264-DCN |
| Andy Strickland; Jodie Taylor; Matthew Walker; | ) | |
| David Matthews; Colleton County Sheriff's | ) | |
| Department, | ) | |
| *Defendant*s | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Brandon Manigo, shall take nothing of the defendants, Colleton County Sheriff's Department,
David Matthews, Matthew Walker, and this action is dismissed without prejudice as to those defendants.

■ other: the plaintiff, Brandon Manigo, shall take nothing of the defendants, Jodie Taylor and Andy Strickland, and this
action is dismissed with prejudice for lack of prosecution as to those defendants.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the  Court, the Honorable David C. Norton, U.S. District Judge, presiding.  The Court having adopted the
Reports and Recommendations of U.S. Magistrate Judge Shiva V. Hodges, dismissing the action without prejudice as to
defendants  Colleton County Sheriff's Department, David Matthews, Matthew Walker, and with prejudice as to Jodie
Taylor and Andy Strickland.

Date:   November 17, 2015                    *ROBIN L. BLUME, CLERK OF COURT*

                                             s/M. Walker

                                             _____
                                             *Signature of Clerk or Deputy Clerk*